IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA | : |
| | : |
| v. | : Criminal Indictment No. |
| | : 1:14-CR-0188 |
| ADAM PIOMBINO | : |
| | : |

### DEFENDANT ADAM PIOMBINO'S MOTION TO CHANGE THE CONDITIONS OF HIS BOND

Comes now Defendant Adam Piombino, by and through his counsel, Jerome J. Froelich, Jr., and moves this Court to change the conditions of his bond for the following reasons:

Mr. Piombino is thirty (30) years old. He has no prior criminal record. He has lived in the Atlanta area since 1992, almost his entire life. He graduated from Walton High School in 2002. He was awarded a HOPE Scholarship. He graduated with honors from Georgia State University's Robinson School of Business in 2008.

Mr. Piombino has had his own business since he was sixteen (16) years old. The business, Electronic Recycling, LLC, has been registered with the States of Georgia since 2006. Mr. Piombino buys and sells used cell phones which requires him to travel throughout the metropolitan area. This has allowed him to buy his own home located at 244 Peters Street, SW, No.5, Atlanta, Georgia 30313.

His parents, Richard and Frances Piombino, live at 431 Old Brown Road, Alpharetta, Georgia. Therefore, Mr. Piombino has extensive ties to the community.

Mr. Piombino is in negotiations to settle his case.

In view of the above Mr. Piombino is not a flight risk nor is he a danger to the

community.

Electronic monitoring has made it difficult for Mr. Piombino to meet with his counsel, impossible for him to work, or to take care of his home since he is living with his parents. Mr. Piombino will lose his business if he is not able to work.

It should be noted that his co-defendant, Andrew Thoreson, who lives in Florida, does not have curfew nor electronic monitoring.

In view of the above, counsel moves this Court to change the conditions of his bond and remove electronic monitoring and place Mr. Piombino on a curfew.

## Conclusion

For all the above reasons, and in the interest of justice, Defendant Piombino motion to change the conditions of his bond should be granted.

Respectfully submitted,


 S/ Jerome J. Froelich Jr.
Jerome J. Froelich, Jr.
State Bar No. 278150

McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to opposing counsel:

C. Brock Brockington
Assistant United States Attorney
600 United States Courthouse
75 Spring Street SW
Atlanta, Georgia 30303

This 2nd day of June, 2014.

    S/Jerome J. Froelich Jr.
JEROME J. FROELICH, JR.
Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza
1360 Peachtree Street
Suite 910
Atlanta, Georgia 30309-2920
(404) 881-1111