IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
UNITED STATES OF AMERICA      : CRIMINAL ACTION
                              :
          v.                  : NO.  1:14-CR-188-AT
                              :
ADAM PIOMBINO                 :
```

### O R D E R

Upon consideration, after having heard arguments of counsel at the hearing on June 17, 2014, the Defendant's motion for reconsideration of conditions of release, [Doc. 20], is **GRANTED in part**, in that the "Additional Conditions of Release" on page 3 of the Order Setting Conditions of Release, are modified as follows:

(1) the Defendant must refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. section 802, unless prescribed by a licensed medical practitioner, as provided in condition 8(p).

(2) the Defendant must submit to any testing drug testing required by pretrial services as provided in condition 8(q).

(3) the Defendant may be required to participate in a substance abuse program, as provided in condition 8(r).

(4) the Home Detention conditions under 8(s)(ii) are removed.

(5) a curfew is imposed under condition 8(s)(i) every day from 8:00 p.m. until 8:00 a.m., unless modified by the pretrial officer on a case by case basis.

AO 72A
(Rev.8/82)

(6) the Defendant may be at his property of Peters Street for a period of time no more than one hour per day, unless a longer period is approved by the pretrial services officer.

(7) all the other conditions in the original bond, remain in full force and effect.

The motion is otherwise **DENIED**.

**SO ORDERED,** this 19th day of June, 2014.

*/S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE