

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 03 2014

JAMES N. HATTEN, Clerk
BY: /s/ Deputy Clerk

United States District Court
Northern District of Georgia

## AMENDED BOND VIOLATION REPORT

**Name:** Adam Piombino

**Docket Number:** 1:14-CR-188-AT              **Judge:** Honorable E. Clayton Scofield III

**Date of Bond/Release:** 5-16-14

### Offense:
Possession With Intent to Distribute Oxycodone

### Release Conditions:
Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: Andrew Thomason, except in the presence of counsel.
Refrain from possessing a firearm, destructive device, or other dangerous weapon.
Participate in one of the home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer.
Obtain no passport.
Surrender any passport to: Pretrial Services.
Shall be supervised by the pretrial services office and follow the instructions of the supervising officer. Any proposed travel outside the Northern District of Georgia shall be approved before leaving the district.
Defendant may be released pending establishment of location monitoring.


On June 17, 2014, conditions of bond were amended to include: Refrain from use or unlawful possession of a narcotic drug or other controlled substance define in 21 U.S.C. § 802, unless prescribed by a licenses medical practitioner, ; Defendant must submit to any testing required by pretrial services; defendant may be required to participate in a substance abuse program. Condition of Home Detention was removed and curfew of 8:00 p.m. to 8:00 a.m. was imposed. Defendant was also allowed limited (no more than one hour) access to his property at Peters Street.

### New Violations Since Previous Violation Report:

On July 24, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates (Confirmed by the National Lab for morphine).

On July 28, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates (Confirmed by the National Lab for morphine and hydromorphone).

On July 30, 2014, Mr Piombino submitted a urine sample that tested positive for opiates (Confirmed by the National lab for morphine). However, it was noted by the lab that the urine sample was not consistent with normal human urine dilute specimen - creatnine.

On August 15, 2014, Mr. Piombino failed to report for a scheduled urine test.

**Previous Violations Reported to the Court:**

Violation of Special Condition - Curfew:

On June 18, 2014, Mr. Piombino did not return to his residence until 20:40.

On June 24, Mr. Piombino did not return to his residence until 20:06

On July 17, 2014, Mr. Piombino did not return to his residence until 20:12.

Violation of Special Condition - Refrain from Use or Unlawful Possession of a Narcotic Drug:

On June 17, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates.

On June 30, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates (Confirmed by the National lab for codeine, hydromorphone, morphine, and opiates).

On July 3, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates (Confirmed by the National Lab for codeine, hydromorphone, and morphine).

On July 10, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates.

On July 14, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates (Confirmed by the National lab for codeine, hydromorphone, and morphine).

On July 18, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates.

On July 21, 2014, Mr. Piombino submitted a urine sample that tested positive for opiates.

**Previous Violation(s) Reported to Court:**

None

**Action Recommended by Officer:**
It is respectfully recommended that Mr. Piombino be brought before the Court on Wednesday, September 3, 2014 and bond be revoked.

| | |
|---|---|
| _Donna E Andrews_   8-27-14 | _Shelley S. Jones_   8/27/14 |
| Donna E. Andrews             Date | Shelley S. Jones                     Date |
| Sr. U. S. Probation Officer | Supervising U.S. Probation Officer |

**Decision of Judge:**

[✓] Agree with Probation Officer's Recommendation - Proceed with Revocation Hearing as Scheduled

[ ] Take Following Action:

_E. Clayton Scofield_           _9/2/14_
Honorable E. Clayton Scofield III       Date
U. S. Magistrate Judge

Copy: AUSA
       Defense Counsel