IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 1:14-CR-188-AT-ECS |
| ADAM PIOMBINO | : |

### O R D E R

Upon consideration, after having heard arguments of counsel at the bond revocation hearing on September 3, 2014, the Defendant's conditions of bond are modified in that the "Additional Conditions of Release" on page 3 of the Order Setting Conditions of Release, are modified as follows:

(1) the home incarceration conditions under (8)(s)(iii) are added, as follows: You are restricted to 24-hour-a-day lock-down except for medical necessities, including drug treatment program, court appearances, court-ordered obligations, including attorney visits (with notice to PTS), and other activities specifically approved by the Court.

(2) the curfew condition (8)(s)(i) is removed.

(3) all the other conditions in the original conditions, including all conditions imposed in the Order modifying conditions of June 19, 2014, except as further modified herein, remain in full force and effect.

**SO ORDERED,** this 3rd day of September, 2014.

*/S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)