# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cr-00188-AT-GGB
### USA v. Piombino et al
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 10/01/2014.

TIME COURT COMMENCED: 1:36 P.M.
TIME COURT CONCLUDED: 3:50 P.M.
TIME IN COURT: 00:41
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| DEFENDANT(S): | [1]Adam Piombino Present at proceedings |
| ATTORNEY(S) PRESENT: | C. Brockington representing USA<br>Jerome Froelich representing Adam Piombino |
| PROCEEDING CATEGORY: | Initial Appearance-Revocation; |
| MINUTE TEXT: | On referral from the District Court, the Court held an initial appearance on the amended bond violation report and request for warrant. The Court had Defendant drug tested which was negative. The Defendant shall enter a lock down drug treatment program by October 6, 2014. In the meantime, all conditions of the September 3, 2014 order are strictly in effect. A final revocation hearing has been scheduled before Judge Scofield on October 15, 2014 at 10:30 a.m. |
| ADDL HEARING(S) SCHEDULED: | Revocation Hearing set for 10/15/14 at 10:30 a.m. in Courtroom 1810; |