IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ADAM PIOMBINO

Criminal Action No.

1:14-CR-188-AT-GGB

## FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Adam Piombino. The Court entered the Consent Preliminary Order of Forfeiture on January 6, 2015 [Doc. 65], forfeiting the following property to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c):

a. Real property located at 244 Peters Street, S.W., Unit 5, Atlanta, Fulton County, Georgia, and all buildings and appurtenances thereon, more particularly described as:

That certain condominium unit in Land Lot 84, of the 14th District of Fulton County, Georgia, and being identified and depicted as condominium Unit 5, on that certain site plan for Swift & Co. Lofts Condominium, recorded in Condominium Plat Book 16, Page 195, Fulton County records, together with all right, title and interest of grantor in the unit and appurtenances thereto under that certain Declaration of Swift & Co. Lofts Condominium, as recorded in Deed Book 380, Page 450, Fulton County records, said Declaration including all exhibits thereto and amendments thereto hereinafter, referred to as Declaration; the interest herein conveyed

includes without limiting the generality of the foregoing, the undivided percentage interest in the common elements of Swift & Co. Lofts Condominium, appurtenant to the Unit as the same in specified in the Declarations and subject to all matters shown on said Plat and the floor plans recorded in Floor Plan Book 29, Page 236, Fulton County records. Tax Parcel ID No.: 14-008500030337.

b. 2010 Mercedes Benz E350, VIN WDDHF5GB2AA065729;

c. 1985 BMW 320i, VIN WBAAD310101552297;

d. 2006 Maserati Quattroporte, VIN ZAMCE39A060023293;

e. Glock model 26 handgun, serial number LYB661;

f. Smith and Wesson Bodyguard 380 handgun, serial number ECA6544;

g. FN Herstal 5.7 handgun, serial number 386256038;

h. Romarm 7.6x39 mm rifle, serial number 85066;

i. 10 kt white gold 30" chain with cross containing 12 round cut diamonds;

j. 10 kt yellow gold diamond necklace;

k. Stainless steel men's Rolex Yacht Master watch, serial number K117875;

l. 18 kt yellow gold men's Rolex Presidential watch, serial number 6153404.

The United States published notice of the forfeiture action on the official Government Internet site www.forfeiture.gov for at least 30 consecutive days. The United States also sent notice of the forfeiture action to Richard Piombino, Sam Mehta, Brand Mortgage Group, LLC, Brand Banking Company, Capital One

Auto Finance and Jon-Benjamin Michael Moran. Richard Piombino, Capital One Auto Finance and Brand Banking Company filed claims to certain assets and the United States agreed to recognize their interests. No other person or entity has filed a claim to the assets and the deadline for doing so has expired.

This Court having found that the Defendant has an interest in the property subject to forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Final forfeiture judgment against the following property is hereby entered pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c):

    a. Real property located at 244 Peters Street, S.W., Unit 5, Atlanta, Fulton County, Georgia, and all buildings and appurtenances thereon, more particularly described as:

    That certain condominium unit in Land Lot 84, of the 14th District of Fulton County, Georgia, and being identified and depicted as condominium Unit 5, on that certain site plan for Swift & Co. Lofts Condominium, recorded in Condominium Plat Book 16, Page 195, Fulton County records, together with all right, title and interest of grantor in the unit and appurtenances thereto under that certain Declaration of Swift & Co. Lofts Condominium, as recorded in Deed Book 380, Page 450, Fulton County records, said Declaration including all exhibits thereto and amendments thereto hereinafter, referred to as Declaration; the interest herein conveyed includes without limiting the generality of the foregoing, the undivided percentage interest in the common elements of Swift & Co. Lofts Condominium, appurtenant to the Unit as the same in specified in the Declarations and subject to all

matters shown on said Plat and the floor plans recorded in Floor Plan Book 29, Page 236, Fulton County records. Tax Parcel ID No.: 14-008500030337.

b. 2010 Mercedes Benz E350, VIN WDDHF5GB2AA065729;

c. 2006 Maserati Quattroporte, VIN ZAMCE39A060023293;

d. Glock model 26 handgun, serial number LYB661;

e. Smith and Wesson Bodyguard 380 handgun, serial number ECA6544;

f. FN Herstal 5.7 handgun, serial number 386256038;

g. Romarm 7.6x39 mm rifle, serial number 85066;

h. 10 kt white gold 30" chain with cross containing 12 round cut diamonds;

i. 10 kt yellow gold diamond necklace;

j. Stainless steel men's Rolex Yacht Master watch, serial number K117875;

k. 18 kt yellow gold men's Rolex Presidential watch, serial number 6153404.

2. All right, title and interest in the assets is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS _____3rd_____ day of ____June_____, 2015.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Submitted by:
Michael J. Brown, Assistant United States Attorney
(404) 581- 6131