IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Criminal Indictment No. |
| | : | 1:14-CR-0188-AT-1 |
| ADAM PIOMBINO | : | |
| | : | |

## DEFENDANT ADAM PIOMBINO'S MOTION TO TERMINATE HIS SUPERVISED RELEASE

Comes now Defendant Adam Piombino, by and through his attorney, Jerome J. Froelich, Jr., and moves this Court to Terminate His Supervised Release for the following reasons:

On January 6, 2015, the Court sentenced Defendant Adam Piombino (Adam) to 37 months in the custody of the Attorney General to be followed by 3 years supervised release  on his plea to a conspiracy to possess with intent to distribute Oxycodone.  Adam served his time at the Federal Prison Camp in Montgomery, Alabama and then in a half way house.  He was released from custody on June 21, 2017 and then started his term of supervised release.  Adam has obeyed all the terms and conditions of his supervised release, including being employed.  In addition, he has done 76 hours of community service.  Further, due to his prior drug problem, Adam, while on supervised release, voluntarily took a 6 month drug rehabilitation program.  Adam will be 36 years old and has no other criminal record.

Adam's father is in the process of opening a company in Miami, Florida, which

will be an Amazon based delivery service and would like Adam to move to Miami to manage that business.

On July 9, 2018, counsel filed a motion asking that Adam's supervised release be terminated. On October 30, 2018, the Court filed an Order denying the motion for early termination of Adam's supervised release, but stating that the motion can be resubmitted "after he has completed two-thirds of the supervised release time". Adam will have completed two-thirds of his supervised release on June 21, 2019. Counsel is now submitting this motion so the Court will have time to consider it.

### Conclusion

For all the above reasons counsel requests that Defendant Adam Piombino's motion be granted and his supervised release be terminated as of June 22, 2019.

Respectfully submitted,

**S/ Jerome J. Froelich Jr.**
Jerome J. Froelich, Jr.
State Bar No. 278150

McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to opposing counsel:

C. Brock Brockington
Assistant United States Attorney
600 United States Courthouse
75 Spring Street SW
Atlanta, Georgia 30303

This 10th day of June, 2019.

**S/Jerome J. Froelich Jr.**
JEROME J. FROELICH, JR.
Georgia State Bar No.  278150

McKenney & Froelich
One Midtown Plaza
1360 Peachtree Street
Suite 910
Atlanta, Georgia  30309-2920
(404) 881-1111